IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                4:00CR00004-01-WRW

KENNETH CALDWELL

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of the admissions of the defendant, the Court found that the defendant did violate the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

It is further ordered that the defendant be placed in a Bureau of Prisons facility for a term Of twelve (12) months and one (1) day to run consecutively to the 5 year term of imprisonment he is currently serving at the Arkansas Department of Correction. The Court recommends the defendant participate in nonresidential substance abuse treatment during incarceration. The Court recommends that the defendant be placed at the BOP facility in Forrest City, Arkansas. The defendant is to be placed on supervised release for a term of one (1) year to follow incarceration. The defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling,

and/or residential treatment.  Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

IT IS SO ORDERED this 14th day of September, 2005.


/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

supvrl2.jdg