**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: Linda Lipe** | **Reporter: C. Newburg** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: S. Earsa** |
| **KENNETH LLOYD CALDWELL** | |
| **counsel: Omar Greene** | |
| **counsel:** | **Date: April 2, 2008** |

**CASE NO: 4:00CR00004-01-WRW**

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 1:40 p.m.**                                                                                                          **End: 2:00 p.m.**

**Court calls case and reviews to present; deft admits alleged drug violations; Court does not consider other violations; Court finds violations occurred;  motion to revoke GRANTED; BOP 9 MONTHS; substance abuse treatment and mental health counseling at BOP; Supervised release 3 MONTHS at CCC; mental health and drug counseling at CCC.**

**Deft remanded.**

**Court in recess.**

**CourthearingMinutes.Revo.wpd**