```
                IN THE UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF ARKANSAS
                          WESTERN DIVISION
```

UNITED STATES OF AMERICA

    vs                        4:00CR00004-01-WRW

KENNETH LLOYD CALDWELL

<u>AMENDED AND SUBSTITUTED</u>
<u>JUDGMENT AND COMMITMENT</u>

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate certain conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of Nine (9) Months at a designated Bureau of Prisons correctional facility. The defendant is to participate in residential or nonresidential substance abuse treatment and mental health counseling during incarceration. The defendant is remanded into the custody of the U.S. Marshal.

There will be three (3) months of supervised release following incarceration to be served at a Community Correctional Center. During supervised release at the Community Correctional Center, the defendant shall participate in a substance abuse treatment program and mental health counseling. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

IT IS SO ORDERED this 3rd day of April, 2008.


                                              /s/Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE

supvrl.2.wpd