# United States District Court

### for the

### Eastern District of Arkansas

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | Kenneth Lloyd Caldwell | Case Number: | 4:00CR00004-001 WRW |

Name of Sentencing Judicial Officer:   Honorable William R. Wilson, Jr.
United States District Judge

Offense: Bank robbery

Date of Sentence: November 16, 2001

Sentence: 42 months Bureau of prisons, 3 years supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment

September 14, 2005: Revocation: 12 months and 1 day imprisonment to run consecutively to the 5 year term of imprisonment with Arkansas Department of Correction, 1 year supervised release, mandatory drug testing, and substance abuse treatment

February 13, 2008: Conditions modified to include mental health treatment

April 2, 2008: Revocation: 9 months Bureau of prisons, 3 months supervised release to be served at a Community Corrections Center, mandatory drug testing, substance abuse treatment, and mental health treatment

Type of Supervision: Supervised release       Date Supervision Commenced: April 2, 2009
Expiration Date: July 1, 2009

Asst. U.S. Attorney: Linda B. Lipe       Defense Attorney: Omar F. Greene

U.S. Probation Officer: Selina M. Earsa
Phone No.: 501-604-5258

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant's term of supervised release will be extended for two additional months with an expiration date of September 1, 2009.**

Prob 12B                                        -2-                              Request for Modifying the
                                                                                Conditions or Terms of Supervision
                                                                                     with Consent of the Offender

Name of Offender: Kenneth Lloyd Caldwell            Case Number:  4:00CR00004-001  WRW

## CAUSE

Mr. Caldwell's original term of supervised release commenced on January 15, 2004, and was revoked on September 14, 2005, due to new criminal conduct of breaking and entering, drug use, and failure to report for drug testing. His second term of supervised release commenced on October 10, 2007. Due to self reports of anxiety, depression and drug use, his conditions of supervised release were modified to include mental health treatment. Due to new felony theft charges, continued drug use, and failure to report for drug testing his second term of supervised release was revoked on April 2, 2008. His third term of supervised release commenced on April 2, 2009. He was referred to drug treatment and mental health treatment at the Family Service Agency on April 29, 2009. He completed a mental health intake and attended all scheduled drug treatment sessions. He entered the City of Faith on April 20, 2009. In May of 2009, he obtained employment with Philander Smith College of Little Rock, Arkansas, as a janitor. He also completed all required life skills classes.

On June 26, 2009, Mr. Caldwell was terminated from the City of Faith as a program failure as he submitted a urine specimen on June 24, 2009, that was confirmed positive for marijuana and Hydrocodone by Kroll Laboratories.

On June 30, 2009, Mr. Caldwell reported to the probation office to discuss his recent violations. Mr. Caldwell agreed to have his term of supervised release modified to include two additional months of supervised release with an expiration date of September 1, 2009. To address his substance abuse issues he will be drug tested four times a month and will be advised to attend Narcotics Anonymous meetings. He signed the attached PROB 49, waiving his right to a hearing. His attorney, Omar Greene, was contacted and is in agreement with this modification.

Selina M. Earsa
U.S. Probation Officer

Date: June 30, 2009

Linda B. Lipe
Assistant U.S. Attorney

Date: 6-30-09

This form is to be filed with Criminal Docketing as a motion.

Prob 12B                                -3-                          Request for Modifying the
                                                                   Conditions or Terms of Supervision
                                                                     with Consent of the Offender

Name of Offender: Kenneth Lloyd Caldwell          Case Number:  4:00CR00004-001  WRW

THE COURT ORDERS:

[ ]   No Action
[✓]   The Extension of Supervision as Noted Above
[ ]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

July 1, 2009
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:


_____
Supervising U.S. Probation Officer

SME:khm

c:  Assistant Federal Public Defender, Omar F. Greene, 1401 West Capitol Avenue, Suite 490,
    Little Rock, AR  72201
    Assistant U.S. Attorney, Linda B. Lipe, P.O. Box 1229, Little Rock, AR  72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant's term of supervised release will be extended for two additional months with an expiration date of September 1, 2009.**

Witness: _____  Signed: _____
~~U.S. Probation Officer~~           ~~Probationer or Supervised Releasee~~
Supervised releasee                  U.S. Probation Officer

_____
June 30, 2009
DATE